UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PEACE C. ESONWUNE, | Case No. 17-cv-01102-LB |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA and SAM HAWGOOD, | |
| Defendant. | |

    Plaintiff Peace C. Esonwune, who is representing herself and proceeding *in forma pauperis*, sued the Regents of University of California and Chancellor Sam Hawgood, alleging that they discriminated against her based on her gender and disability while she was a student at the University of California, San Francisco ("UCSF") School of Pharmacy. The court dismissed the plaintiff's second amended complaint against the Regents under Rule 12(b)(6) with prejudice and without leave to amend, and dismissed all claims against Chancellor Hawgood — who had not appeared in the case — under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim for relief.[1] The

---

[1] Orders – ECF Nos. 57, 70. Record citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents. After the plaintiff missed two deadlines to file an amended complaint against Chancellor Hawgood, and after the court warned her that failure to do so would result in dismissal of her case for failure to prosecute it, the plaintiff did not file an amended complaint. *Id.* Order – ECF No. 70.

ORDER – No. 17-cv-01102-LB

court exercised jurisdiction under 28 U.S.C. § 636(c) on the basis that Ms. Esonwune and the Regents had consented to magistrate jurisdiction, and Chancellor Hawgood had not appeared.

Ms. Esonwune appealed the court's decision.[2] After the court dismissed the case, the Ninth Circuit held in *Williams v. King*, 875 F.3d 500, 503–04 (9th Cir. 2017), that a magistrate judge may not exercise jurisdiction under 28 U.S.C. § 636(c)(1) without the consent of unserved defendants. Relying on *Williams*, the Ninth Circuit vacated the order of dismissal in this case and remanded to this court for further proceedings.[3]

All parties — including Chancellor Hawgood who accepted service and consented to the undersigned's jurisdiction — have now consented to magistrate jurisdiction.[4] Nothing in the Ninth Circuit's jurisdictional decision alters the undersigned's previous conclusions that Ms. Esonwune failed to state a claim and that leave to further amend would be futile.[5] Accordingly, for the reasons stated in the undersigned's previous orders, the court dismisses the plaintiff's claims against the Regents under Rule 12(b)(6) with prejudice and without leave to amend. The court dismisses all claims against Chancellor Hawgood under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim for relief. The court directs the Clerk of Court to close the file.

**IT IS SO ORDERED.**

Dated: May 10, 2018

_____
LAUREL BEELER
United States Magistrate Judge

---

[2] Notice of Appeal – ECF No. 73.

[3] Order – ECF No. 76.

[4] Consents –ECF Nos. 14, 23, 81.

[5] Order – ECF No. 57, 70.